UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case Number: 13-20521
v.                               Honorable Thomas L. Ludington

RAMON ALANIZ SR.,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY AS TO THE INFORMATION, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

A plea hearing was conducted on July 19, 2013 by United States Magistrate Judge Charles E. Binder pursuant to Defendant's consent. The magistrate judge issued his report the same day, recommending that this Court accept Defendant's plea of guilty as to the information. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation, ECF No. 22, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty as to the information is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 20, is taken **UNDER ADVISEMENT**.

Dated: August 7, 2013                                                  s/Thomas L. Ludington
                                                                       THOMAS L. LUDINGTON
                                                                       United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 7, 2013.

                                s/Tracy A. Jacobs
                                TRACY A. JACOBS